FILED
2018 Oct-18  AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TERRY BLUMENFELD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 4:16-cv-01652-ACA |
| ) | |
| **REGIONS BANK,** ) | **OPPOSED** |
| ) | |
| Defendant. ) | |

## MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND TO STAY PENDING APPEAL

**COMES NOW** Defendant Regions Bank ("Defendant" or "Regions") and hereby moves [1]this Honorable Court to amend and certify its September 5, 2018 Memorandum Opinion and Order regarding the standard to be applied to a "user" of a consumer report for immediate interlocutory appeal to the Eleventh Circuit. Specifically, Regions requests that the Court amend its September 5, 2018 Memorandum Opinion and Order to state that the following question meets §1292(b)'s requirements:  Whether §1681b(f) of the Fair Credit Reporting Act applies the "reason to believe" standard of §1681b(a) in determining whether a "user" has a permissible purpose to access or use a consumer report?

---

[1]Counsel for the Defendant and Plaintiff counsel have communicated over the last several days regarding whether the Plaintiff opposes the requested certification of the question for an interlocutory appeal.  And, in that regard, a draft of the Motion was provided to Plaintiff's counsel for consideration.  After reviewing a draft of the Motion, Plaintiff's counsel requested that the Motion be noted as "Opposed."

04617209.1

In support of the requested certification, and the corresponding request for a stay of the action pending appeal, Regions relies on its Brief in Support, filed contemporaneously with this Motion.

WHEREFORE, Regions respectfully requests that the Court, pursuant to 28 U.S.C. § 292(b), amend its September 5, 2018 Order and certify the following issue as presenting a "controlling question of law as to which there is substantial ground for difference of opinion and that an ultimate appeal from the Order may materially advance the ultimate termination of litigation":  Whether §1681b(f) of the Fair Credit Reporting Act applies the "reason to believe" standard of §1681b(a) in determining whether a "user" has a permissible purpose to access or use a consumer report?

In addition, Regions respectfully requests that the Court stay this action pending disposition of the interlocutory appeal.  Finally, Regions seeks such other and different relief as the Court deems appropriate under the circumstances.

    Respectfully submitted,

    */s/ Stephen Bumgarner*
    John David Collins
    Stephen J. Bumgarner
    Mark D. Foley, Jr.
    *Attorneys for Defendant*

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
Phone: (205) 254-1000
Fax: (205) 254-1999
sbumgarner@maynardcooper.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 18th day of October, 2018, I served a copy of the foregoing by electronically filing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

John G. Watts
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203

                              */s/ Stephen Bumgarner*
                              **OF COUNSEL**